**354**

**Terry L. SLAUGHTER, Plaintiff–Appellant,**

**v.**

**Tom L. CAREY, Warden, California State Prison Solano; et al., Defendants–Appellees.**

No. 02–16360.

D.C. No. CV–02–00051–FCD/DAD.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Terry L. Slaughter, a California state prisoner, appeals pro se the district court's dismissal without prejudice of his 42 U.S.C. § 1983 action alleging that prison officials violated his constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed Slaughter's action without prejudice because Slaughter failed to exhaust his ad-ministrative remedies prior to filing suit. *See McKinney v. Carey*, 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam).

Slaughter's remaining contentions lack merit.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

